1  PAUL L. REIN, Esq. (SBN 43053)
   AARON M. CLEFTON, Esq. (SBN 318680)
2  REIN & CLEFTON, Attorneys at Law
   1423 Broadway #1133
3  Oakland, CA  94612
   Telephone: 510/832-5001
4  Facsimile: 510/832-4787
   info@reincleftonlaw.com
5
   IRAKLI KARBELASHVILI, Esq. (SBN 302971)
6  ALLACCESS LAW GROUP
   irakli@allaccesslawgroup.com
7  1400 Coleman Ave Ste F28
   Santa Clara, CA 95050
8  Telephone: (408) 295-0137
   Fax: (408) 295-0142
9
   Attorneys for Plaintiff
10 NOAH CARTER

11 Adam J. Fiss, Bar No. 211799
   afiss@littler.com
12 Alka Ramchandani-Raj, Bar No. 262172
   araj@littler.com
13 Nicholas C. Lansdown, Bar No. 312915
   nlansdown@littler.com
14 LITTLER MENDELSON P.C.
   50 W. San Fernando
15 7th Floor
   San Jose, California 95113.2431
16 Telephone: 408.998.4150
   Fax No.: 408.288.5686
17
   Attorneys for Defendant
18 PEBBLE BEACH COMPANY, LP

19                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
20

21
   NOAH CARTER,                    CASE NO. 5:21-cv-06022-BLF
22                                 Civil Rights
        Plaintiff,
23                                 **JOINT STIPULATION OF DISMISSAL
        v.                         WITH PREJUDICE AND [PROPOSED]
24                                 ORDER**
   PEBBLE BEACH COMPANY, A
25 LIMITED PARTNERSHIP,
                                   Hon. Beth Labson Freeman
26      Defendant.

27

28                                 1

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff NOAH CARTER, by and through his undersigned counsel, and Defendant PEBBLE BEACH COMPANY, L.P.[1], by and through its undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, and each party to bear their own costs, expenses and fees.

**IT IS SO STIPULATED.**

Date: July 24, 2023

REIN & CLEFTON
ALLACCESS LAW GROUP

*/s/ Aaron M. Clefton*
AARON M. CLEFTON, Esq.
Attorney for Plaintiff
NOAH CARTER

Date: July 24, 2023

LITTLER MENDELSON P.C.

*/s/ Nicholas Lansdown*
ALKA RAMCHANDANI-RAJ, Esq.
NICHOLAS LANSDOWN, Esq.
Attorneys for Defendant
PEBBLE BEACH COMPANY, LP

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on July 24, 2023, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Nicholas Lansdown, Esq in the filing of this document.

*/s/ Aaron Clefton*
Aaron Clefton

---

[1] Defendant Pebble Beach Company, a California general partnership, erroneously sued as "Pebble Beach Company, LP."

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, and for good cause shown, all of the pending claims in this action are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Date: __July 26__, 2023

_____
BETH LABSON FREEMAN
U.S. DISTRICT COURT JUDGE